IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | |
| GRAPHIC PACKAGING INTERNATIONAL, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12101 et seq., to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Jerry Bradley ("Bradley"), a qualified individual with a disability, sleep apnea, who was denied reasonable accommodations for his disability.

### JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices hereafter alleged to be unlawful were committed

within the jurisdiction of the Northern District of Illinois.

## PARTIES AND OTHER PERSONS

3. Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. §12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Graphic Packaging International, Inc. ("Graphic") has continuously been and is now doing business in the Northern District of Illinois and has continuously had and does now have at least fifteen (15) employees.

5. At all relevant times, Graphic has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. §12111(2).

6. At all relevant times, Graphic has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 101(5) of the ADA, 42 U.S.C. § 12111(5).

7. At all relevant times and with respect to the employment opportunities at issue in this action, Bradley was a qualified individual with a disability within the meaning of Section 101(8) of the ADA, 42 U.S.C. §12111(8). His disability, sleep apnea, substantially limits the major life activity of sleeping and the bodily function of breathing.

## STATEMENT OF CLAIMS

8.  More than thirty (30) days prior to the institution of this lawsuit, Bradley filed a Charge with the Commission alleging a violation of Title I of the ADA by Graphic. All conditions precedent to the institution of this lawsuit have been fulfilled.

9.  In May and October, 2009, Bradley requested as an accommodation for his sleep apnea to transfer from the 12-hour night shift, to which he was assigned at Graphic's Elk Grove facility, to an 8-hour day shift at that facility. Graphic failed to provide and denied Bradley those requests for a reasonable accommodation for his sleep apnea in violation of Section 102(a) and (b)(5) of the ADA, 42 U.S.C. §12112(a) and (b)(5).

10. In July, 2010 Bradley requested as an accommodation for his sleep apnea to work no more than four shifts per week. Graphic failed to provide Bradley that request for a reasonable accommodation for his sleep apnea in violation of of Section 102(a) and (b)(5) of the ADA, 42 U.S.C. §12112(a) and (b)(5). At the time, Bradley was still working the 12-hour night shift.

11. In October 2010 Graphic transferred Bradley to as 12-hour day shift, but still did not allow him to work an 8-hour shift and did not limit his work to four shifts per week.

12. At the times alleged above Graphic knew of Bradley's disability.

13. The effect of the practices complained of above has been to deprive Bradley of equal employment opportunities and otherwise adversely affect his status as an employee because of his disability, in violation of Section 102 of the ADA, 42 U.S.C. § 12112.

14. The unlawful employment practices complained of above were intentional.

15. The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of Bradley.

3

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully prays that this Court:

A.    Grant a permanent injunction enjoining Graphic, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that violates Title I of the ADA.

B.    Order Graphic to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices;

C.    Order Graphic to make Bradley whole by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including rightful-place reinstatement of Bradley;

D.    Order Graphic to make Bradley whole by providing compensation for past and future pecuniary losses;

E.    Order Graphic to make Bradley whole by providing compensation for past and future nonpecuniary losses, including emotional pain, suffering, loss of enjoyment of life and humiliation;

F.    Order Graphic to pay Bradley punitive damages for its intentional, malicious and/or reckless conduct, in an amount to be determined at trial;

G.    Grant such further relief as the Court deems necessary and proper; and

H..    Grant the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.

                    Respectfully submitted,

                    P. David Lopez
                    General Counsel

                    JAMES LEE
                    Deputy General Counsel

                    GWENDOLYN YOUNG REAMS
                    Associate General Counsel

                    EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION
                    1801 "L" Street, N.W.
                    Washington, D.C. 20507


                    s/ John C. Hendrickson
                    John C. Hendrickson
                    Regional Attorney


                    s/ Gregroy Gochanour
                    Gregory Gochanour
                    Supervisory Trial Attorney


                    s/ Gordon Waldron
                    Senior Trial Attorney
                    EQUAL EMPLOYMENT OPPORTUNITY
                    COMMISSION
                    500 West Madison Street, Suite 2000
                    Chicago, Illinois 60661
                    312-869-8123